<u>**CLOSING**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SUPER 8 WORLDWIDE, INC.,** | |
| *Plaintiff*, | Civil Action No. 15-5838 |
| v. | ORDER |
| **PRANAV PATEL,** | |
| *Defendant*. | |

**THIS MATTER** having come before the Court by way of Plaintiff Super 8 Worldwide Inc.'s Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), Dkt. No. 11;

and for the reasons stated in the accompanying opinion;

**IT IS** on this 6th day of May, 2016,

**ORDERED** that default judgment is entered against Pranav Patel ("Defendant"); and it is

**ORDERED** that Defendant shall pay damages in the amount of $171,446.05, which consists of (1) $42,502.97 in recurring fees owed under the Franchise Agreement, (2) $66,000 in liquidated damages, and (3) $62,943.08 in prejudgment interest; and it is further

**ORDERED** that this case is closed.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE**